**Exhibit A to the Complaint**

**Location:** Stamford, CT  **IP Address:** 24.45.194.1
**Total Works Infringed:** 59  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4E94ECE95F8331768E42011C53FC905630131D57 | Blacked | 11/08/2018 06:15:51 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 2 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | Blacked | 11/04/2018 01:52:02 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 00:41:08 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 4 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 08/03/2018 07:08:27 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 5 | 209ADEA84CE0566D845611964D4E17054104ACA5 | Tushy | 09/30/2018 05:02:09 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 6 | 20BE11C2502D5A25646B7110C3B3EBBB91DA5D2A | Blacked Raw | 09/25/2018 04:45:22 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 7 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/09/2018 06:11:25 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 8 | 22B4C9D463389ADD0312450F0DDAA5E4E6ABC642 | Blacked Raw | 10/21/2018 05:26:11 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 9 | 232A715993302BFA5E2CD6FED71A05699484F79B | Blacked Raw | 07/27/2018 06:04:08 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 10 | 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485 | Blacked | 09/08/2018 19:05:09 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 11 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | Tushy | 08/03/2018 07:07:53 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 12 | 30609DD1BC3D658E75138C11CC59611C6A2321A7 | Blacked Raw | 10/30/2018 17:29:31 | 10/29/2018 | 12/09/2018 | 17210231093 |
| 13 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/04/2018 04:56:35 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 14 | 3A5C2DBF4856EEEAADADD006FD28DFFF9FECDEFD | Blacked Raw | 11/20/2018 06:05:48 | 11/18/2018 | 12/09/2018 | 17210230873 |
| 15 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 08/19/2018 01:09:31 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 16 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 08/03/2018 07:06:21 | 08/02/2018 | 09/01/2018 | PA0002119574 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 09/01/2018 17:14:35 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 18 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | Blacked | 07/25/2018 05:54:00 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 19 | 54DB964FF0380049DF191198925EFE7D2B6DFF65 | Blacked | 06/08/2018 05:08:50 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 20 | 560FC55A8AA2B057E7C3AEF8A5799055A28961F3 | Vixen | 06/19/2018 20:07:18 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 21 | 590982CE540169A6C4BFFF339BB1AB34D3899712 | Tushy | 09/01/2018 17:14:28 | 08/24/2018 | 11/01/2018 | 17094105531 |
| 22 | 5A30924C7684204EDBCD55A37BB14CE12A98C194 | Blacked Raw | 09/01/2018 17:19:10 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 23 | 5A7C78CF88CD25789E9A7A55AE43ECDFA52D5A82 | Blacked Raw | 08/20/2018 20:30:39 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 24 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 07/03/2018 03:26:58 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 25 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 06/19/2018 20:03:19 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 26 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | Blacked | 08/29/2018 04:45:47 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 27 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/19/2018 01:07:59 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 28 | 6CD0EC33209B989A82857A3CA18F69FA107E8199 | Blacked | 11/13/2018 05:34:06 | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 29 | 6FAEC06702D299A0953DDB78138E36423343C8CC | Blacked | 09/23/2018 05:15:10 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 30 | 77F6638FA47EB0E7B3275180409C805C7A6AA7BD | Blacked | 10/19/2018 07:04:22 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 31 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | Blacked | 06/16/2018 04:51:49 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 32 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 10/26/2018 07:25:21 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 33 | 7EFCFD91225A41938303C1D60DB2583BC4A5AFF6 | Blacked | 07/15/2018 05:42:13 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 34 | 81A0FA700BD0F538231051D57102ED3BBA302456 | Blacked | 10/08/2018 04:40:52 | 10/02/2018 | 10/16/2018 | PA0002127785 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 08/26/2018 05:15:43 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 36 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/08/2018 04:39:42 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 37 | 8ACCFFE61FA2AF79E9C6E7F08CA29A9844D39D61 | Blacked | 07/11/2018 05:05:05 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 38 | 8C2F6E624A82761B9D476772D6CC4CB1EBB63BE0 | Blacked Raw | 09/11/2018 07:34:01 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 39 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | Tushy | 06/19/2018 20:02:55 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 40 | 8D10D805661CE0FB11430AD0057E6CD845B2EC10 | Blacked Raw | 06/13/2018 03:10:56 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 41 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 08/03/2018 07:05:27 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 42 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 10/23/2018 04:09:27 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 43 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/08/2018 04:43:43 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 44 | A89525172FC31E96791A5091366B3B562DA0B84A | Blacked Raw | 08/16/2018 16:59:09 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 45 | ACBF2C742DFB571CCC35D824499F49A870296255 | Blacked Raw | 06/25/2018 04:55:12 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 46 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 09/14/2018 02:46:11 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 47 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | Blacked | 07/06/2018 04:35:28 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 48 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/15/2018 05:44:56 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 49 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/18/2018 04:10:32 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 50 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/19/2018 01:08:56 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 51 | D46321A3CC7D1FA487D5AFF69B9D445A6EC14DBE | Blacked | 09/17/2018 23:21:51 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 52 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 06/28/2018 05:20:11 | 06/26/2018 | 08/07/2018 | PA0002131867 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | E5D053A213E1947F73E06FBF5C18A4498B3765BF | Blacked | 08/26/2018 05:13:10 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 54 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/04/2018 00:20:44 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 55 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 08/19/2018 01:09:40 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 56 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 07/31/2018 17:11:28 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 57 | F86DA9055E92BAB95A05CB33F2FCE503D60EC42A | Blacked | 05/31/2018 06:02:19 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 58 | F9E101EA92C17F5285F5E7917D00B7654F42CFE6 | Blacked Raw | 06/08/2018 05:07:34 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 59 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | Tushy | 06/19/2018 20:00:11 | 05/11/2018 | 05/24/2018 | PA0002101379 |